# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| RAMON AGUILERA, | ] | |
| | ] | |
| Petitioner, | ] | |
| | ] | |
| vs. | ] | CV-08-RBP-RRA-0188-NE |
| | ] | |
| WARDEN JERRY FERRELL | ] | |
| AND THE ATTORNEY GENERAL | ] | |
| FOR THE STATE OF ALABAMA, | ] | |
| | ] | |
| Respondent. | ] | |

## **MEMORANDUM OPINION**

      This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that the respondents' motion for summary judgment be granted and that the action be dismissed. No objections have been filed. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

      Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

      Done this 29th day of June, 2009.

*/s/ Robert B. Propst*
_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**